UPPER GREENWOOD LAKE PROPERTY OWNERS ASSOC., INC., PLAINTIFF-PETITIONER, v. FLORIDA CONSTRUCTION & DEVELOPMETNT CORP. ET AL., DEFENDANTS-RESPONDENTS.

*Messrs. Hunziker & Hunziker* and *Mr. Hugh C. Spernow* for the petitioner.

*Messrs. Weber, Muth & Weber* for the respondents.

July 1, 1963. Denied.

GUSTAVE NYLANDER *ET AL.*, PLAINTIFFS-RESPONDENTS, v. ROBERT H. ROGERS, DEFENDANT-PETITIONER.

See same case below: 78 *N. J. Super.* 566.

*Messrs. Parker, McCay & Criscuolo* for the petitioner.

*Mr. Victor H. Miles* for the respondent.

July 1, 1963. Granted.